IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02038-DME-BNB

MOHAMOUD HERSI, FARAH ADEN, and MOHAMUD UBAHLE,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, an Illinois Corporation

    Defendant.

## PARTIAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the **PARTIAL STIPULATION FOR DISMISSAL WITH PREJUDICE** of the Defendant Allstate Insurance Company, through its attorneys, WALBERG, TUCKER & HOLMES, P.C., by Andrew A. Scott, and Plaintiffs Mohamoud Hersi, Farah Aden, and Mohomud Ubahle, through their counsel, Gaiennie Law Office LLC, by Meredith Quinlivan, for a dismissal of Plaintiffs' Second Claim for Relief, Breach of Implied Duty of Good Faith and Fair Dealing, and their Third Claim for Relief, Violation of C.R.S. § 10-3-1116 against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that Plaintiff's Second Claim for Relief, Breach of Implied Duty of Good Faith and Fair Dealing, and their Third Claim for Relief, Violation of C.R.S. § 10-3-1116 are dismissed with prejudice and Allstate is released and discharged from all past and future claims

under common law claims of breach of good faith and fair dealing and all past and future alleged violations of C.R.S. § 10-3-1116.  Both parties are to pay their own costs and attorney fees.

DONE in Court this   2nd   day of      February   , 2011.

BY THE COURT:

*s/ David M. Ebel*

U. S. District Court Judge