IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02038-DME-BNB

MOHAMOUD HERSI, FARAH ADEN, and MOHAMUD UBAHLE,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, an Illinois Corporation

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the Plaintiffs, Mohamoud Hersi, Farah Aden, and Mohamud Ubahle, and Defendant, ALLSTATE INSURANCECOMPANY, by and through their respective counsel, for a dismissal of all claims of all Plaintiffs against Defendant ALLSTATE INSURANCE COMPANY with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that all the claims of Plaintiffs, Mohamoud Hersi, Farah Aden, and Mohamud Ubahle, against Defendant, ALLSTATE INSURANCE COMPANY, in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DONE this 4th day of March, 2011.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge
District of Colorado